1   J. CHRISTOPHER JORGENSEN, ESQ.
    State Bar No 5382
2   MENG ZHONG, ESQ.
    State Bar No. 12145
3   LEWIS AND ROCA LLP
    3993 Howard Hughes Pkwy., Ste. 600
4   Las Vegas, NV  89169
    (702) 949-8200
5   (702) 949-8398/fax

6   *Attorneys for Defendants Bank of America, N.A., BAC*
    *Home Loan Servicing, LP; Recontrust Company;*
7   *Bank of New York Mellon; Merscorp, Inc.; and*
    *Mortgage Electronic Registration Systems, Inc.*
8

9                    **UNITED STATES DISTRICT COURT**

                     **FOR THE DISTRICT OF NEVADA**
10

11  JEREMIAS B. BERDOS; ERLINDA          Case No.  2:12-cv-00008-JCM-CWH
    BERDOS,
12
                        Plaintiffs,
13
         vs.
14                                       **ORDER CANCELING LIS PENDENS**
    BANK OF AMERICA, N.A.; BAC HOME
15  LOAN SERVICING, LP; RECONTRUST
    COMPANY; BANK OF NEW YORK
16  MELLON; MERSCORP, INC., a Virginia
    corporation; MORTGAGE ELECTRONIC
17  REGISTRATION SYSTEMS, INC., a
    subsidiary of Merscorp, Inc.; CTC REAL
18  ESTATE SERVICES, et al.,

19                        Defendants.

20          This Court granted Defendants' Motion to Dismiss on February 23, 2012 [DE 7].

21          The Court finds that Plaintiffs recorded a Notice of Pendency of Action (the "Lis

22  Pendens") on or about January 4, 2012. A copy of the Lis Pendens is attached hereto as Exhibit

23  "A."

24          UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the

25  Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their

26  requested relief and rules as follows:

27

28

1        1.      IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced

2  above and any other lis pendens recorded by Plaintiffs are hereby cancelled, released, and

3  expunged.

4        2.      This order has the same effect as an expungement of the original Lis Pendens and

5  any other lis pendens.

6        3.      IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants

7  record a properly certified copy of this cancellation order in the real property records of Washoe

8  County, Nevada within a reasonable amount of time from the date of this order's issue.

9

10                               IT IS SO ORDERED.

11

12                          By

13                               UNITED STATES DISTRICT COURT JUDGE

14                          DATED:  March 2, 2012

15

16  Submitted by:

17  LEWIS AND ROCA LLP

18

19

20  By:
        J. CHRISTOPHER JORGENSEN, ESQ.

21        3993 Howard Hughes Pkwy., Ste. 600
        Las Vegas, NV 89169

22

    Attorneys for Defendants

23

24

25

26

27

28

EXHIBIT "A"

# EXHIBIT "A"

Recording requested by and
When recorded return to:
Jeremias B Berdos
7916 Brent Leaf Avenue
Assessor Number: #125-16-514-011
Loan Number:        111071913
*Las Vegas, NV 89131*

③

Inst #: 201201040000820
Fees: $19.00
N/C Fee: $0.00
01/04/2012 10:41:50 AM
Receipt #: 1025618
Requestor:
JEREMIAS BERDOS
Recorded By: GILKS   Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

---

Space above this line for Recorder's use only

## NOTICE OF LIS PENDENS

TO ALL PERSONS be it known of the pending litigation IN THE UNITED STATES DISTRICT
COURT OF NEVADA IN AND FOR CLARK COUNTY with
Case # _CV-00008-JCM-CWH_

## NOTICE OF STAY AND ADVERSE CLAIM

PARCEL I:

Lot Eleven (11) in Block One (1) of THE WILLOWS AT ELKHORN SPRINGS UNIT NO. 1, as
Shown by map thereof on file in Book 95 of Plats, Page 17, recorded June 15, 2000 in book
20000615 as Document No. 1608 and Amended by Certificate of Amendment recorded august
4, 2000 in Book 20000804 as Document No. 00753, in the Office of the County Recorder of
Clark County, Nevada.

PARCEL II:

A NON-EXCLUSIVE EASEMENT OF USE AND ENJOYMENT IN, TO AND THROUGHOUT
THE Common elements and for Ingress, egress, and support over and through the Common Elements.

APN#125-16-514-011

**THE ADDRESS ON SAID PROPERTY:  7916 Brent Leaf Avenue, Las Vegas,
Nevada  89131**

**To Trustee,**
**Should you decide to move forward with the sale despite this notice, you are not
only going to be named as a codefendant, but you will be guilty of a criminal
offence of extortion. As Trustor/Grantor, we can also act as private attorney
generals and prosecute you.  This notice and evidence of your sale will be
enough give to the FBI to investigate this complaint.  And yes, I will be pressing
charges.**

**This issue is in contest and is being adjudicated by the court. Until this matter is settled, moving forward is a violation of due process of law. Before this notice, you were immune because you were not aware of the controversy. After this notice, you were informed of the controversy, but you chose to ignore the warning and did it anyway.**

**You have been warned. Govern yourself accordingly.**

_Erlinda Berdos_                                          _Jeremias B. Berdos_
Erlinda Berdos                                            Jeremias B Berdos

**JURAT**

State of NEVADA          )
                         ) ss:
County of CLARK          )

Subscribed and sworn to (or affirmed) before me on this  19  day of ~~MAY~~ *Dec* , 2011 ,
by  Jeremias B Berdos  and Erlinda Berdos           , proved to me on the basis of
satisfactory evidence to be the persons who appeared before me.

_Nona Abad_          1*v*/19/11
Notary , NONA ABAD
My Commission expires:          12/20/2013

NONA ABAD   (seal)
Notary Public, State of Nevada
Appointment No. 02-73237-1
My Appt. Expires Dec 20, 2013

1  COMP
   Jeremias B Berdos
2  Erlinda Berdos
   7916 Brent Leaf Avenue
3  Las Vegas, NV
   203-542-5553
4  Plaintiff In Pro Se

5

6

7              UNITED STATES DISTRICT COURT
8         FOR THE DISTRICT OF NEVADA – LAS VEGAS

9

10                          2:12-cv-00008-JCM -CWH

11  Jeremias B Berdos
    Erlinda Berdos
12  Plaintiff                     )      COMPLAINT
                                  )
13                                )      1. Quiet Title
                                  )      2. Deceptive Trade Practices
14  vs                            )      3. Wrongful Foreclosure- Set Aside Trustee Sale
                                  )      4. Conspiracy To Commit Wrongful Conversion
15                                )      5. Statutorily Defective Foreclosure- NRS
                                  )         107.080
16  BANK OF AMERICA, N.A;BAC HOME LOAN)   6. Broken Chain of Custody (promissory Note)
    SERVICING, LP; RECONTRUST COMPANY;)   7. Injunctive Relief
17  BANK OF NEW YORK MELLON: MERSCORP,INC) 8. Declaratory Relief
    MERSCORP, INC., a Virginia Corporation,  )  9. (Rescission)Cancel Deed of Trust
18  MORTGAGE ELECTRONIC REGISTRATION)     10.FRAUD
    SYSTEMS, INC.                 )
19  a subsidiary of MERSCORP, Inc )
    CTC REAL ESTATE SERVICES       )
20  Inclusive; and Does 1-100      )
    **Defendants**                 )
21

22                          **COMPLAINT**

23        COMES NOW Jeremias B Berdos, Plaintiff In Proper Person, an individual , and hereby submit

24  his Complaint against the Defendants;

25  *BANK OF AMERICA, N.A; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY ; BANK

26  OF NEW YORK MELLON; MERSCORP, INC.,* a Virginia Corporation, *MORTGAGE ELECTRONIC

27  REGISTRATION SYSTEMS, INC.* a subsidiary of *MERSCORP,* Inc; *CTC REAL ESTATE SERVICES

28  AND DOES* I individuals 1 to 100, Inclusive; and DOES Corporations 1 to 30, Inclusive; as follows:

                                   1