J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Bank of America, N.A., BAC Home Loan Servicing, LP; Recontrust Company; Bank of New York Mellon; Merscorp, Inc.; and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAS B. BERDOS; ERLINDA BERDOS,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY; BANK OF NEW YORK MELLON; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of Merscorp, Inc.; CTC REAL ESTATE SERVICES, et al.,<br><br>Defendants. | Case No.  2:12-cv-00008-JCM-CWH<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants' Motion to Dismiss on February 23, 2012 [DE 7].

The Court finds that Plaintiffs recorded a Notice of Pendency of Action (the "Lis Pendens") on or about January 4, 2012. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiffs are hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By: _____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 2, 2012

Submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Attorneys for Defendants

EXHIBIT "A"

# EXHIBIT "A"

Recording requested by and
When recorded return to:
Jeremias B Berdos
7916 Brent Leaf Avenue
Assessor Number: #125-16-514-011
Loan Number:          111071913
Las Vegas, NV 89131

(3)

Inst #: 201201040000820
Fees: $19.00
N/C Fee: $0.00
01/04/2012 10:41:50 AM
Receipt #: 1025618
Requestor:
JEREMIAS BERDOS
Recorded By: GILKS   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Space above this line for Recorder's use only

## NOTICE OF LIS PENDENS

TO ALL PERSONS be it known of the pending litigation IN THE UNITED STATES DISTRICT COURT OF NEVADA IN AND FOR CLARK COUNTY with
Case # CV-00008-JCM-CWH

## NOTICE OF STAY AND ADVERSE CLAIM

PARCEL I:

Lot Eleven (11) in Block One (1) of THE WILLOWS AT ELKHORN SPRINGS UNIT NO. 1, as Shown by map thereof on file in Book 95 of Plats, Page 17, recorded June 15, 2000 in book 20000615 as Document No. 1608 and Amended by Certificate of Amendment recorded august 4, 2000 in Book 20000804 as Document No. 00753, in the Office of the County Recorder of Clark County, Nevada.

PARCEL II:

A NON-EXCLUSIVE EASEMENT OF USE AND ENJOYMENT IN, TO AND THROUGHOUT THE Common elements and for ingress, egress, and support over and through the Common Elements.

APN#125-16-514-011

**THE ADDRESS ON SAID PROPERTY: 7916 Brent Leaf Avenue, Las Vegas, Nevada 89131**

**To Trustee,
Should you decide to move forward with the sale despite this notice, you are not only going to be named as a codefendant, but you will be guilty of a criminal offence of extortion. As Trustor/Grantor, we can also act as private attorney generals and prosecute you. This notice and evidence of your sale will be enough give to the FBI to investigate this complaint. And yes, I will be pressing charges.**

This issue is in contest and is being adjudicated by the court. Until this matter is settled, moving forward is a violation of due process of law. Before this notice, you were immune because you were not aware of the controversy. After this notice, you were informed of the controversy, but you chose to ignore the warning and did it anyway.

You have been warned. Govern yourself accordingly.

_____          _____
Erlinda Berdos                                      Jeremias B Berdos

## JURAT

State of NEVADA       )
                      ) ss:
County of CLARK       )

Subscribed and sworn to (or affirmed) before me on this __19__ day of ~~MAY~~ Dec, 2011, by __Jeremias B Berdos and Erlinda Berdos__, proved to me on the basis of satisfactory evidence to be the persons who appeared before me.

_____   12/19/11
Notary, NONA ABAD
My Commission expires: __12/20/2013__

NONA ABAD (seal)
Notary Public, State of Nevada
Appointment No. 02-73237-1
My Appt. Expires Dec 20, 2013

```
1  COMP
   Jeremias B Berdos
2  Erlinda Berdos
   7916 Brent Leaf Avenue
3  Las Vegas, NV
   203-542-5553
4  Plaintiff In Pro Se
```

2012 JAN -4 A 10: 08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA – LAS VEGAS

**2:12-cv-00008-JCM -CWH**

| | |
|---|---|
| Jeremias B Berdos<br>Erlinda Berdos<br>Plaintiff<br><br>vs<br><br>BANK OF AMERICA, N.A; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY;<br>BANK OF NEW YORK MELLON: MERSCORP, INC<br>MERSCORP, INC., a Virginia Corporation,<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>a subsidiary of MERSCORP, Inc<br>CTC REAL ESTATE SERVICES<br>Inclusive; and Does 1-100<br>**Defendants** | COMPLAINT<br><br>1. Quiet Title<br>2. Deceptive Trade Practices<br>3. Wrongful Foreclosure- Set Aside Trustee Sale<br>4. Conspiracy To Commit Wrongful Conversion<br>5. Statutorily Defective Foreclosure- NRS 107.080<br>6. Broken Chain of Custody (promissory Note)<br>7. Injunctive Relief<br>8. Declaratory Relief<br>9. (Rescission)Cancel Deed of Trust<br>10. FRAUD |

**COMPLAINT**

COMES NOW Jeremias B Berdos, Plaintiff In Proper Person, an individual, and hereby submit his Complaint against the Defendants;

*BANK OF AMERICA, N.A; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY; BANK OF NEW YORK MELLON; MERSCORP, INC.*, a Virginia Corporation, *MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.* a subsidiary of *MERSCORP*, Inc; *CTC REAL ESTATE SERVICES AND DOES* I individuals 1 to 100, Inclusive; and DOES Corporations 1 to 30, Inclusive; as follows:

1