James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEREMIAS B. BERDOS; ERLINDA BERDOS,

Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

Defendants.

2:12-CV-8 JCM (CWH)

**ORDER**

Presently before the court is the matter of *Berdos, et. al. v. Bank of America, N.A., et. al.*, case number 2:12-cv-8-JCM-CWH.

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice."

*Pro se* plaintiffs Jeremias and Erlinda Berdos filed the complaint on January 1, 2012. (Doc. #1). Pursuant to Federal Rule of Civil Procedure 4(m), on June 14, 2012, the clerk of the court provided notice to plaintiffs that the action would be dismissed as to defendant CTC Real Estate Services if plaintiffs did not file proof of service of process by July 14, 2012. (Doc. #12). CTC Real Estate Services is the only remaining defendant in this action because the court dismissed the other defendants on February 23, 2012. (Doc. #7).

. . .

1    To date, the court has not received proof of service of process as to defendant CTC Real
2 Estate Services, as required under Rule 4(m).
3    Accordingly,
4    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
5 be, and the same hereby is, DISMISSED without prejudice as to defendant CTC Real Estate
6 Services.
7    DATED July 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -